MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

BRANDON SMALL,  : DOCKET NO. 01-2172
Appellee,  :
 :
v.  :
 :
JOHN ASHCROFT,  :
Respondent.  : SEPTEMBER 2, 2004

### STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorney's fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

APPELLEE,  APPELLANT,
BRANDON SMALL  JOHN ASHCROFT

 KEVIN J. O'CONNOR
 UNITED STATES ATTORNEY

_____  _____
MICHAEL J. BOYLE, ESQ.  JAMES K. FILAN, JR.
169 MONTOWESE AVENUE  ASSISTANT U.S. ATTORNEY
NORTH HAVEN, CT 06473  915 LAFAYETTE BOULEVARD
 BRIDGEPORT, CT 06604
 FED. BAR NO. ct 15565

So Ordered: SEP 22 2004

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _____
Arthur M. Heller, Motions Staff Attorney

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified: SEP 2 2 2004